United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTNEY JONES | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-4567 |
| | § | |
| KIPP PUBLIC SCHOOLS INC., *et al* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court in the above referenced proceeding are Defendants KIPP Public Schools Inc, Jenna Moon, and Ali Sebha's motion to dismiss (Doc. No. 32); Defendants Ramsha Mushtaq and Antrina Cooper's motion to dismiss (Doc. No. 41); and, Judge Palermo's Report and Recommendation (Doc. No. 67). Plaintiff has filed objections to the Report and Recommendation (Doc. No. 68).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, Judge Palermo's Report and Recommendation, and the objections thereto, and hereby agrees and adopts Judge Palermo's conclusions that Defendants KIPP, Moon, Sebha, Mushtaq, Cooper, and all the unserved defendant be dismissed, and finding dismissal appropriate, denies as moot Plaintiff's motion to reconsider electronic filing access (Doc. No. 57) motion for extension to serve remaining defendants (Doc. No. 61) and motion for extension to designate experT witnesses (Doc. No. 62. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 68) are **OVERRULED**; the Report and Recommendation (Doc. No. 67) is **ADOPTED**. It is further

**ORDERED** that Defendants KIPP, Moon, Sebha, Mushtaq,Cooper, and all the unserved defendants are dismissed from this lawsuit. It is further

**ORDERED** Plaintiff's motion to reconsider electronic filing access (Doc. No. 57) motion

for extension to serve remaining defendants (Doc. No. 61) and motion for extension to designate expert witnesses (Doc. No. 62) are **DENIED as MOOT**.

This case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED on this _____ 31st _____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE